1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

7
8

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CR10-254-MJP |
| Plaintiff, | MJ10-381 |
| v. | |
| MANINDER SINGH, | DETENTION ORDER |
| Defendant. | |

Offenses charged:

CR10-254   Count 1:   Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 846

MJ10-381   Count 1:   Conspiracy to Bring in Aliens, in violation of 8 U.S.C. §§ 1324(a)(1)(A)(l), 1423(a)(1)(A)(ii), and 1324(a)(1)(A)(v)(l)

Date of Detention Hearing:  September 22, 2010

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.     Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that

defendant is a flight risk and a danger to the community based on the nature of

the pending charges.  Application of the presumption is appropriate in this case.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

2.     Defendant has substantial family contacts in Canada and India.

3.     Defendant has no incentives to stay in the United States.

4.     Defendant has substantial knowledge regarding smuggling across the border.

5.     Defendant has no release location.

6.     There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1)    Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)    On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)    The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 22nd day of September, 2010.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2